| Fill in this information to identify the case: |
|---|
| Debtor 1    Colleen M Mosser |
| Debtor 2    _____ <br>(Spouse, if filing) |
| United States Bankruptcy Court for the:    Western District of Pennsylvania |
| Case number    19-21398-CMB |

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust 2007-AQ2, Asset-Backed Certificates, Series 2007-AQ2

**Court claim no.** (if known)   6

**Last 4 digits** of any number you use to identify the debtor's account:    XXXXXX0930

**Property address:**    204 Sutherland Road
Number    Street

Jeannette    PA    15644
City    State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current wit all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    07 / 01 / 2022
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____
b. Total fees, charges, expenses, escrow, and costs outstanding    + (b) $ _____
c. **Total**. Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ____/____/_____22MM / DD / YYYY

---

Form 4100R      **Response to Notice of Final Cure Payment**      page **1**

Debtor 1   Colleen M Mosser                                  Case number (*if known*) 19-21398-CMB
         First Name   Middle Name   Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs the creditor must attach an itemized payment history disclosing the following amount from the date of the bankruptcy filing through the date of this response:

☐ all payments received;
☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box*:

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applied.


         /s/ *Bernadette Irace*                              Date  July 18, 2022
         Signature

Print    Bernadette Irace, Esq.                              Title   Attorney for Creditor
         First Name    Middle Name    Last Name

Company  Milstead & Associates, LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  1 E. Stow Road
         Number        Street

         Marlton              NJ           08053
         City                 State        ZIP Code

Contact phone  (856) 482-1400                  Email  birace@milsteadlaw.com

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br> Colleen M. Mosser, <br>               Debtor, <br><br> U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust 2007-AQ2, Asset-Backed Certificates, Series 2007-AQ2, <br>               Secured Creditor, <br><br> Colleen M. Mosser, <br>               Debtor / Respondent, <br><br> and <br> Ronda J. Winnecour, <br>               Trustee / Respondent. | Bankruptcy No. 19-21398-CMB <br> Chapter 13 |

## CERTIFICATION OF SERVICE OF
## RESPONSE TO NOTICE OF FINAL CURE PAYMENT

      I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on July 18, 2022. The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: electronic notification and first-class mail.

      If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Service by Electronic Notification:**

| | |
|---|---|
| Ronda J. Winnecour <br> Suite 3250, USX Tower <br> 600 Grant Street <br> Pittsburgh, PA 15219 <br> Email: cmecf@chapter13trusteewdpa.com | Glenn R. Bartifay <br> 2009 Mackenzie Way <br> Suite 100 <br> Cranberry Township, PA 16066 <br> Email: gbartifay@bartifaylaw.com |

**Service by First Class Mail:**

Colleen M. Mosser
204 Sutherland Rd.
Jeannette, PA 15644


Dated:  July 18, 2022                                By: /s/ *Bernadette Irace*
                                                     Signature


                                                     Bernadette Irace, Esquire
                                                     Typed Name

                                                     1 E. Stow Road, Marlton, NJ 08053
                                                     Address

                                                     (856) 482-1400
                                                     Phone No.

                                                     313008, Pennsylvania
                                                     List Bar I.D. and State of Admission
                                                     birace@milsteadlaw.com
                                                     **Attorneys for Secured Creditor**
                                                     **PAWB Local Form 7 (07/13)**